No. 755. FIRST AGRICULTURAL NATIONAL BANK OF BERKSHIRE COUNTY *v.* STATE TAX COMMISSION. Appeal from Sup. Jud. Ct. Mass. Motion of Colorado Bankers Association for leave to file a brief, as *amicus curiae,* granted. Probable jurisdiction noted. *John P. Weitzel* for appellant. *James Lawrence White* on the motion.

No. 174. LEE ET AL. *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari granted. *Edward R. Kirkland* for petitioners. *Earl Faircloth,* Attorney General of Florida, and *Wallace E. Allbritton,* Assistant Attorney General, for respondent.

No. 517. ST. AMANT *v.* THOMPSON. Sup. Ct. La. Certiorari granted. *Moses C. Scharff* for petitioner.

No. 760. COMMISSIONER OF INTERNAL REVENUE *v.* GORDON ET UX. C. A. 2d Cir. Certiorari granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Acting Solicitor General Spritzer, Assistant Attorney General Rogovin, Harris Weinstein, Gilbert E. Andrews* and *Martin T. Goldblum* for petitioner. *Harry R. Horrow* for respondents.

No. 740. MONROE ET AL. *v.* BOARD OF COMMISSIONERS OF THE CITY OF JACKSON ET AL. C. A. 6th Cir. Certiorari granted and case set for oral argument immediately following No. 695, *ante,* p. 1003. *Jack Greenberg, James M. Nabrit III, Avon N. Williams, Jr.,* and *Z. Alexander Looby* for petitioners. *Russell Rice, Sr.,* for respondents.